

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-22-00206-CV

## IN RE MODIVCARE SOLUTIONS, LLC FORMERLY KNOWN AS LOGISTICARE SOLUTIONS, LLC

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On April 22, 2022, relator filed a petition for writ of mandamus and a motion for temporary relief requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition, the motion for temporary relief, and real parties in interest's response to relator's emergency motion for temporary relief, this court concludes relator has not shown it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is also denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is also denied.

It is so **ORDERED** on April 22, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CVA001485D3, styled *FIDENCIO GALLARDO, JOSEFINA GALLARDO, JULIANA GALLARDO, MARIA DOLORES ZERTUCHE, ANA, DELIA GALLARDO, FIDENCIO GALLARDO, Individually and as Representatives of the Estate of MARIA CASTILLO, Deceased vs. LOGISTICARE SOLUTIONS, LLC, XYBLG, INC. d/b/a ANGELS ON WHEELS, JOEL VELA and LUIS JUSTO GONZALEZ, LUIS JUSTO GONZALES and L&M BORDER SERVICES, INC. AND LUIS JUSTO GONZALEZ v. LOGISTICARE SOLUTIONS, LLC, NOW KNOWN AS MODIVCARE SOLUTIONS, LLC*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.